An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM JOSEPH MCCAFFREY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66541

FILED

OCT 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for remission of fees and costs. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge. In response to an order to show cause regarding a jurisdictional defect, appellant concedes that the order identified in the notice of appeal is not an appealable order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). As such, we lack jurisdiction to consider this appeal and therefore

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Lidia Stiglich, District Judge
Mary Lou Wilson
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-336806